IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THOMAS A. VINSON,**

      Petitioner,

  vs.                                                **Civil Action 2:16-cv-814**
                                                    **Judge Watson**
                                                    **Magistrate Judge King**

**CHARLOTTE JENKINS, WARDEN
CHILLICOTHE CORRECTIONAL
INSTITUTION,**

      Respondent.

<u>ORDER</u>

Petitioner, a state prisoner, brings this action for writ of habeas corpus pursuant to 28 U.S.C. §2254.

Petitioner challenges his conviction in the Cuyahoga County Court of Common Pleas. Cuyahoga County is within Ohio's northern federal judicial district. 28 U.S.C. §115(a)(1). Because petitioner challenges the conviction of a state court within the Northern District of Ohio, but is in custody in the Southern District of Ohio, both districts have concurrent jurisdiction over the action. 28 U.S.C. §2241(d).

This Court has the discretion to transfer this action to the Northern District for hearing and determination. *Id.* A transfer to the Northern District is appropriate in this case, because it is the more convenient forum and the evidence is more readily accessible in the district where petitioner was convicted. *See, Bell v. Watkins,* 692 F.2d 999, 1013 (5th Cir. 1982); *see also, Braden v. 30th Judicial Circuit Court of Ky.,* 410 U.S. 484, 497 n.13 (1973).

Accordingly, this action is hereby **TRANSFERRED** to the United States District Court for the Northern District of Ohio, Eastern Division.


August 24, 2016  *s/Norah McCann King*
 (Date) Norah M<sup>c</sup>Cann King
 United States Magistrate Judge